**The WYOMING NATIONAL BANK OF CASPER, a national banking association, Appellant (Defendant below),**

v.

**Ed GREENWALD, Appellee (Plaintiff below).**

**No. 4132.**

Supreme Court of Wyoming.

Feb. 27, 1973.

Rehearing Denied March 29, 1973.

William E. Barton and Claude Martin of Brown, Drew, Apostolos, Barton & Massey, Casper, for appellant.

Donald E. Jones, Torrington, R. J. Hand, Casper, for appellee.

Before McINTYRE, C. J., and PARKER, McEWAN and GUTHRIE, JJ.

PER CURIAM.

The judgment of the trial court is affirmed by an equally divided court, two members being of the opinion that the matter could not properly be disposed of on summary judgment and that the cause should be remanded for evidence on the question of whether or not good faith existed on the part of the bank, while the other members were of the opinion that summary judgment was proper in that it was apparent as a matter of law that the bank was not a good faith purchaser.

Affirmed.